# Loss Mitigation Final Report

**Debtors:** Karen Hoffman  **Case No:** 20-20024
**Loan No:** **8494  **Judge:** Judge Bohm
**Debtor Attorney:** Lauren M. Lamb  **Ch:** 13

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **04/24/2020**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **04/27/2020**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

**Request 1**
The Request was filed on **04/06/2020** at docket no. **29**
The Creditor Name on the Request is **Caliber Home Loans**
The Creditor Name as registered on the Portal is **SN Servicing Corporation**
Request denied or ordered to be re-filed? **No**
Loss Mitigation Order **was** filed
    Order filed on **04/21/2020** at docket no. **32**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 1

**Status Report 1**
The Status Report was filed on **06/22/2020** at docket no. **36**

## Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

# Deadline Extensions

**Deadline Extensions Filed:** 2

### Extension 1
The request was made by way of **Separate Motion**
The request for extension was made by **Lauren M. Lamb** on behalf of the **Debtor**
The request was filed on **08/19/2020** at docket no. **40**
Reason: Debtor was in the process of submitting additional requested documents to the DMM Portal for the servicer to review
**Judge Bohm Granted** the extension request on **09/02/2020** at docket no. **41**
   Deadlines Extended:
      10/15/20 - 57 days

### Extension 2
The request was made by way of **Separate Motion**
The request for extension was made by **Lauren M. Lamb** on behalf of the **Debtor**
The request was filed on **10/15/2020** at docket no. **47**
Reason: Debtor requested an extension to provide the new mortgage servicer, SN Servicing time to verify the file.
**Judge Bohm Granted** the extension request on **10/28/2020** at docket no. **53**
   Deadlines Extended:
      12/15/20 - 61 days

# Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

# Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

# Results

**Trial Loan Modification:**

   There **was not** a Trial Loan Modification
   An Interim Mortgage Modification Order **was not** issued

**Outcome:**

   The outcome of the LMP was **Modification Denied**
   Details and Terms:

**I have reviewed the details set forth above. I, Lauren M. Lamb, am verifying, subject to perjury, the accuracy of the information**

set forth in this **Loss Mitigation Final Report.**

/s/ Lauren M. Lamb
Attorney ID# 209201
Email Address: llamb@steidl-steinberg.com
707 grant street Gulf tower Suite 2830 Pittsburgh, PA 15219
412-391-8000
Attorney for: Karen Hoffman

Date Report Completed: 11/11/2020